IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, AND THE BOEING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., AND ROAD STAR CARRIER, INC.,<br><br>Defendants. | 8:16CV116<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Donald J. O'Meara, Jr. and Stephen C. Veltman as counsel on behalf of Plaintiffs, (filing no. 43), is granted.

March 31, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge