IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, AND THE BOEING COMPANY,<br><br>            Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., AND ROAD STAR CARRIER, INC.,<br><br>            Defendants. | 8:16CV116<br><br>**ORDER** |

      Regarding the jet engine inspection scheduled for December 21, 2016 at Boeing's property in the State of Washington,

      IT IS ORDERED:

      1)     Bauer Built must disclose the identities of their experts/boroscope operator who will enter the property to examine the jet engine. If they are consulting experts only, their opinions need not be disclosed.

      2)     If Bauer Built decides not to use an inspecting consultant as a trial expert, or to use the facts and opinions of the consulting expert as the basis of a trial expert's testimony, no other party is permitted to pursue discovery of the consulting expert's opinions, use that expert as a trial witness, or otherwise mention that certain Bauer Built consultants performed an inspection but were not called as witnesses at trial.

      December 20, 2016.

                                                           BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                           United States Magistrate Judge