IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, AND THE BOEING COMPANY,<br><br>          Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., AND ROAD STAR CARRIER, INC.,<br><br>          Defendants. | 8:16CV116<br><br>ORDER |

IT IS ORDERED:

1)     Plaintiff's motion to amend, (Filing No. 95), is denied as moot.

2)     Defendant Bauer Built's response to the the Filing 95 motion to amend, (Filing No. 99), will be considered in ruling on Plaintiff's newly filed motion to amend, (Filing No. 101).

3)     Any <u>additional</u> response to Plaintiff's new motion to amend, (Filing No. 101), shall be filed on or before January 12, 2017, with Plaintiff's reply due on or before January 19, 2017.

January 5, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge