IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, and THE BOEING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., and ROAD STAR CARRIER, INC.,<br><br>Defendants. | 8:16CV116<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Peter W. Overs, Jr. to withdraw as counsel for Plaintiff, (Filing No. 162), is granted.

October 20, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge