IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, and THE BOEING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., and ROAD STAR CARRIER, INC.,<br><br>Defendants. | 8:16CV116<br><br>**AMENDED** ORDER |

After conferring with counsel,

IT IS ORDERED:

1) Defendants' respective answers or responses to Plaintiff's Amended Complaint, (Filing No. 115), shall be filed on or before November 3, 2017.

2) The parties' renewed and/or amended dispositive motions shall be filed on or before November 10, 2017, and

    a. The parties shall not re-file any previously filed evidence in support of their motions, but as to any new or additional evidence, they shall comply with this court's local rules governing motion practice.

     b.     The parties shall file amended motions and briefs in support of those motions, amending their briefs as needed to cite to the Amended Complaint rather than the prior Complaint, adding citations to any new evidence filed, and including any new arguments raised by the allegations within the Amended Complaint.[1]

3)    Any response to the renewed and/or amended dispositive motions shall be filed on or before November 22, 2017.

4)    No reply shall be permitted absent leave of the court for good cause shown.

Dated this 20th day of October, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] The parties are encouraged to email a redlined version of their briefs to Judge Gerrard at gerrard@ned.uscourts.gov.