IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, | 8:16-CV-116 |
| Plaintiffs, | ORDER |
| vs. | |
| SOUTHERN PRIDE TRUCKING, INC., et al., | |
| Defendants. | |

IT IS ORDERED:

1. The "Stipulation and [Proposed] Order of Partial Dismissal" (filing 203) is approved.

2. The plaintiffs' claims against Southern Pride and Thunder Rolls are dismissed with prejudice, those parties to bear their own fees and costs.

Dated this 30th day of November, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge