IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO,<br><br>Plaintiff,<br><br>vs.<br><br>BAUER BUILT, INC., and ROAD STAR CARRIER, INC.,<br><br>Defendants. | 8:16CV116<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Thomas M. Eagan, as counsel of record for Plaintiff, (Filing No. 211), is granted.

2) The clerk shall modify the docket sheet to reflect that the law firm name for Plaintiff's counsel Carlotta Cassidy, David Maloof, John Olson, and Peter Overs is now Maloof & Browne LLC.

December 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge