IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, and THE BOEING COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT, INC., and ROAD STAR CARRIER, INC.,<br><br>Defendants. | 8:16CV116<br><br>ORDER |

The motions to withdraw as counsel for Plaintiff filed by Mark C. Laughlin, Brandon J. Crainer, Patrick S. Cooper, and Fraser Stryker PC LLO (Filing Nos. 247 and 248), are granted.

April 24, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge