IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN PRIDE TRUCKING, INC., THUNDER ROLLS EXPRESS, INC., BAUER BUILT INC., and ROAD STAR CARRIER, INC., <br><br> Defendants. | 8:16CV116 <br><br> **ORDER** |

On March 20, 2018, Judge Gerrard directed counsel to "make every effort to keep their disagreements with one another to a minimum," and "make every effort to keep their disagreements with one another off the Court's docket." ([Filing No. 240, at CM/ECF p. 4](#)). Less than two months later, eight new case progression and discovery motions, with over 1000 pages of <u>initial</u> briefing[1] and evidence, are now pending before the undersigned magistrate judge.

Plaintiff requests a projected three-hour, in-person oral argument on these motions, ([Filing No. 279](#)), claiming "the Court's firm guidance is necessary for an orderly resolution of the motions, and an orderly resolution of the remainder of this action." I am not convinced. I have already presided over eight telephone conferences in this case, most of which were highly contentious, and those

---

[1] Responses and replies have not yet been filed.

efforts have evoked no progress in garnering the attorneys' cooperation toward compromise, allaying motion practice, and keeping this case on track.

Accordingly,

IT IS ORDERED that the motion for oral argument, (Filing No. 279), is denied.

May 21, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge