IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN PRIDE TRUCKING, INC., et al.,<br><br>Defendants. | 8:16-CV-116<br><br>ORDER |

1. The parties' Stipulation of Dismissal ([filing 340](filing 340)) is approved.

2. The plaintiff's claims against the defendant Road Star Carrier, Inc. are dismissed with prejudice and without costs.

3. The parties' Stipulation of Dismissal ([filing 341](filing 341)) is approved.

4. Road Star Carrier, Inc.'s claims against defendants Southern Pride Trucking, Inc. and Thunder Rolls Express, Inc. are dismissed, each party to bear their own costs.

Dated this 6th day of November, 2018.

BY THE COURT:

John M. Gerrard
Chief United States District Judge