IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S AND THOSE COMPANIES SEVERALLY SUBSCRIBING TO BOEING POLICY NUMBER MARCW150053 AND RELATED POLICIES GOVERNING THE CARGO, | 8:16-CV-116 |
| Plaintiffs, | JUDGMENT |
| vs. | |
| SOUTHERN PRIDE TRUCKING, INC., et al., | |
| Defendants. | |

Pursuant to the parties' joint Stipulation of Dismissal (filing 383), this case is dismissed with prejudice, without costs or attorney's fees awarded to any party.

Dated this 3rd day of January, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge